McGREGOR W. SCOTT
United States Attorneys
BENJAMIN B. WAGNER
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-99-359 DFL |
|---|---|
| Plaintiff, | [proposed] ORDER APPROVING TRUSTEE'S FIFTH REPORT TO THE COURT |
| v. | |
| LARRY W. WILCOXSON, DAVID BAXTER, C. WILLIAM GORDIN, ROXANNE ALBAUGH, and JOHN F. WITZKE, | |
| Defendants. | |

Upon consideration of the Trustee's Fifth Report to the Court (the "Report"), the Report will be approved.

Mr. Robb Evans was appointed as the trustee (the "Trustee") by this Court on October 19, 2000, for the purposes of receiving the Subject Property, managing the Subject Property, and liquidating the Subject Property for the protection of the United States. The Trustee is required to submit periodic reports to the Court which, <u>inter alia</u>, describe the Trustee's efforts to comply with the terms of the Order Appointing Trustee.

1

The Government has reviewed the Report, and recommends that it be approved.  The Court has reviewed the Report.

It is hereby ORDERED that the Trustee's Fifth Report is approved.

IT IS SO ORDERED.

DATED: 6/10/2005

_____
DAVID F. LEVI
United States District Judge

2